Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 2 1993
BRUCE RIFKIN, Clerk
By Diane Boyd Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MOHAMMED ALI VASSEGHI, a/k/a NADER VASSEGHI, Defendant. | NO. CR93-286R<br>INDICTMENT<br>93-CR-00286-INDI |

The Grand Jury charges that:

COUNT I

Between on or about November 27, 1992, and November 30, 1992, at Bellevue, within the Western District of Washington, MOHAMMED ALI VASSEGHI, a/k/a NADER VASSEGHI (hereinafter "MOHAMMED ALI VASSEGHI"), being an employee of the Bellevue Financial Center Branch of Pacific Northwest Bank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud this bank, did embezzle, abstract, and purloin approximately Nine Thousand Dollars ($9,000.00) of the moneys, funds, and credits of this bank, in that MOHAMMED ALI VASSEGHI, prepared a teller's trade in conjunction with the transfer



UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

of Nine Thousand Dollars ($9,000.00) from the vault to his teller's cash drawer; took Nine Thousand Dollars ($9,000.00) from the vault; destroyed the tellers trade; and retained this money for his own use and benefit.

All in violation of Title 18, United States Code, Section 656.

COUNT II

A. INTRODUCTION

1. At all relevant times, the deposits of Bank of America, N.A., Bank One, First Interstate Bank of California, First Interstate Bank of Washington, and Pacific Northwest Bank were insured by the Federal Deposit Insurance Corporation.

2. At all relevant times, MOHAMMED ALI VASSEGHI maintained a checking account at First Interstate Bank of Washington.

3. At all relevant times, MOHAMMED ALI VASSEGHI maintained two credit card accounts at Bank of America, N.A., account number 5432 2570 0301 4209 and account number 5254 0022 3184 0628.

4. At all relevant times, MOHAMMED ALI VASSEGHI maintained a credit card account at First Interstate Bank of California, account number 4050 149 052 616.

5. At all relevant times, MOHAMMED ALI VASSEGHI maintained a credit card account at Bank One, account number 5411 3011 8482 0169.

B. SCHEME AND ARTIFICE TO DEFRAUD

6. It was a part of the scheme and artifice to defraud these banks ("the scheme and artifice to defraud") that MOHAMMED ALI VASSEGHI obtained cash advances totaling Four Thousand Five Hundred



UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

Dollars ($4,500.00) at the Bellevue Financial Center of Pacific National Bank using four different credit card accounts; Bank of America, N.A. account numbers 5432 2570 0301 4209 ($300.00) and 5254 0022 3184 0628 ($300.00), Bank One account number 5411 3011 8482 0169 ($1,900.00), and First Interstate Bank of California account number 4050 149 052 616 ($2,000.00).

7. It was a further part of the scheme and artifice to defraud that MOHAMMED ALI VASSEGHI deposited the proceeds of these cash advances together with other deposits to his checking account at First Interstate Bank of Washington, thereby increasing the balance in his checking account by $6,365.00.

8. It was a further part of the scheme and artifice to defraud that MOHAMMED ALI VASSEGHI purchased a Pacific Northwest Bank cashier's check for Six Thousand Seven Hundred Dollars ($6,700.00).

9. It was a further part of the scheme and artifice to defraud that MOHAMMED ALI VASSEGHI paid for this cashier's check with a personal check drawn on his First Interstate Bank of Washington account.

10. It was a further part of the scheme and artifice to defraud that on the day that MOHAMMED ALI VASSEGHI purchased the cashier's check, he cashed it at a branch of First Interstate Bank of Washington.

11. It was a further part of the scheme and artifice to defraud that on the day that MOHAMMED ALI VASSEGHI purchased the cashier's check, he prepared and negotiated another personal check against his First Interstate Bank of Washington account for approximately Six Thousand Eight Hundred Fifty Dollars ($6,850.00),



UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

thereby leaving insufficient funds in the account to pay the personal check for Six Thousand Seven Hundred Dollars ($6,700.00) that he had written for the purchase of the cashier's check.

C. EXECUTION OF THE SCHEME AND ARTIFICE TO DEFRAUD

12. On or about November 27, 1992, at Bellevue, within the Western District of Washington, MOHAMMED ALI VASSEGHI, for the purpose of executing the scheme and artifice to defraud Pacific Northwest Bank, prepared a personal check against his First Interstate Bank of Washington account for approximately Six Thousand Eight Hundred Fifty Dollars ($6,850.00), thereby leaving insufficient funds in his account to pay for a personal check for Six Thousand Seven Hundred Dollars ($6,700.00) that he had earlier written to Pacific Northwest Bank.

All in violation of Title 18, United States Code, Section 1344.

COUNTS III - VI

A. INTRODUCTION AND SCHEME AND ARTIFICE TO DEFRAUD

1. The Grand Jury incorporates by reference the allegations contained in paragraphs 1 through 11 of Count II of this Indictment.

B. EXECUTION OF THE SCHEME AND ARTIFICE TO DEFRAUD

2. On or about November 17, 1992, at Bellevue, within the Western District of Washington, MOHAMMED A. VASSEGHI, for the purpose of executing the scheme and artifice to defraud Bank of America, N.A., Bank One, and First Interstate Bank of California, requested, signed for, and obtained, without intent to pay, cash advances against credit card accounts as more fully described below; each such advance constituting a separate count of this Indictment.



UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

| COUNT | FINANCIAL INSTITUTION | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| III | Bank of America, N.A. | 5432 2570 0301 4209 | $ 300.00 |
| IV | Bank of America, N.A. | 5254 0022 3184 0628 | $ 300.00 |
| V | Bank One | 5411 3011 8482 0169 | $1,900.00 |
| VI | First Interstate Bank of California | 4050 149 052 616 | $2,000.00 |

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL:
DATED: June 2, 1993

[signature]
FOREPERSON

[signature]
SUSAN L. BARNES
United States Attorney

[signature]
ROBERT H. WESTINGHOUSE
Assistant United States Attorney



UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970