Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Mohammed Ali Vasseghi,<br>a/k/a Nader Vasseghi,<br><br>Defendant. | No. CR93-0286R<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant Mohammed Ali Vasseghi.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case are dismissed, without prejudice.

//
//
//
//
//
//

*Order of Dismissal -- 1*
*U.S. v. Mohammed Ali Vasseghi; CR93-0286R*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The outstanding warrant shall be quashed.  The case may be unsealed.

2

3  DATED this _____ day of _____, 2017.

4

5
   _____
6  BARBARA J. ROTHSTEIN
   United States District Judge
7

8

9  Presented by:
   */s/ Ye-Ting Woo*
10 YE-TING WOO
   Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Order of Dismissal -- 2*
*U.S. v. Mohammed Ali Vasseghi; CR93-0286R*